UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK BROSMER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:03CV198 HEA |
| | ) | |
| DAVE DORMIRE and | ) | |
| JEREMIAH "JAY" NIXON,[1] | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the Petition of Patrick Brosmer for habeas corpus relief is denied, and a Certificate of Appealability shall not issue in this case.

Dated this 8th day of March, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1] The Attorney General of the State of Missouri is a proper party Respondent, because Petitioner is challenging present and future sentences in this action. *See* Rule 2(b), Rules Governing Section 2254 proceedings in the United States District Courts.